# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FESTUS OSADEBANWEN ASEMOTA, <br> Defendant. | Criminal Case No. 86CR0752-H <br><br> JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Festus Osadebanwen Asemota is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant as to this defendant is hereby recalled.

IT IS SO ORDERED.

DATED: April 8, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT